**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 5:24-cv-01185-JD |
| COORDINATED CARE HEALTH SOLUTIONS, LLC d/b/a HUNTERCARE COORDINATED CARE HEALTH SOLUTIONS and ERIC P. WALLIS, Ph.D., | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Scheduling Order, the parties submit this Joint Status Report to update the Court on the status of discovery.

### 1. Rule 26 Disclosures

All parties served their Rule 26(a)(1) initial disclosures by March 14, 2025, consistent with the March 4, 2025 Joint Status Report [Doc. 27].

### 2. Discovery Issued by the United States and State of Oklahoma to Defendants

The United States and the State of Oklahoma served their first requests for the production of documents and interrogatories on Defendants in April and May 2025. Those requests sought, among other things, medical records for exemplar patients whose laboratory testing claims submitted by Defendants fall within the scope of the Plaintiffs' causes of action. Defendants responded to those requests and produced responsive documents in May 2025. Defendants are in the process of producing ten patient files that were included in the April

requests for production and intend to supplement their responses in that regard this week.

### 3. __Discovery Issued by Defendants to the United States and the State of Oklahoma__

Defendants served interrogatories and requests for the production of documents on the United States and the State of Oklahoma in May 2025. Plaintiffs served written responses and produced responsive documents in June. The United States made a supplemental production of documents in July. The United States and State of Oklahoma plan to request deposition dates for Mr. Wallis and certain Coordinated Care Health Solutions, LLC ("CCHS") employees in the next week or two. Defendant Mr. Wallis also served written discovery including interrogatories, requests for admission, and requests for the production of documents on the United States and the State of Oklahoma on September 2, 2025. Responses will be due on October 2, 2025.

### 4. __Third Party Discovery__

The United States issued subpoenas *duces tecum* to three practitioners/clinics that allegedly ordered urine drug testing services from CCHS. Documents responsive to those subpoenas are due in September.

The United States and State of Oklahoma also intend to move for an order allowing the discovery of patient records that may refer to substance abuse treatment pursuant to 42 U.S.C. § 290dd-2(b)(2)(C) and 42 C.F.R. § 2.64. Several of the practitioners/clinics who allegedly ordered laboratory testing services from CCHS qualify as Part 2 Programs under 42 C.F.R. § 2.11. As such, the use and disclosure of any records maintained by those programs that may identify a patient as having or having had a substance use disorder are restricted. 42 C.F.R. §§

2.12(a)&(d), 2.13(a). Plaintiffs seek an order permitting use and disclosure of this information

under section 2.64(a), which states:

> An order authorizing the use or disclosure of patient records or testimony
> relaying the information contained in the records for purposes other than
> criminal investigation or prosecution may be applied for by any person having a
> legally recognized interest in the use or disclosure which is sought in the course
> of a civil, administrative, or legislative proceeding.

42 C.F.R. § 2.64. Under subsection (b), a court order is only valid if the patient and the record-

holder receive adequate notice and an opportunity to file a written response or appear in person

to provide evidence on the issue. *Id* at § 2.64(b). The United States issued notification letters

to the relevant patients and record-holders over the past two weeks. A redacted copy of an

exemplar notification letter is attached as Exhibit 1. The United States will ensure any written

responses it receives are submitted to the Court for consideration. If the Court grants the motion

for discovery of these records, the United States and State of Oklahoma will issue subpoenas

*duces tecum* to the relevant record holders. Once the records are produced, Plaintiffs anticipate

deposing the practitioners/clinics who allegedly ordered the testing services from CCHS.

Respectfully Submitted,

ROBERT J. TROESTER
United States Attorney

*s/ Amanda R. Johnson*
AMANDA R. JOHNSON, OK Bar No. 32575
RONALD R. GALLEGOS, Bar No. 013227AZ
Assistant U.S. Attorneys
United States Attorney's Office
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700
Amanda.Johnson3@usdoj.gov
Ron.Gallegos@usdoj.gov

*Attorneys for the United States of America*

GENTNER DRUMMOND
Oklahoma Attorney General

*s/ JAMIE L. BLOYD (with permission)*
Jamie L. Bloyd, OK Bar No. 30989
Assistant Attorney General
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105
405-522-2962 (phone)
Jamie.Bloyd@oag.ok.gov

*Attorney for the State of Oklahoma*

4

*s/ Lysbeth L. George (with permission)*
Lysbeth George, OBA #30562
LIZ GEORGE AND ASSOCIATES, PLLC
8101 S. Walker, Ste. F
Oklahoma, OK 73139
Telephone: (405) 689-5502
Facsimile: (405) 689-5502
liz@georgelawok.com

*ATTORNEYS FOR DEFENDANT*
*ERIC P. WALLIS, Ph.D.*

*s/ Richard H. Blake (with permission)*
Craig E. Brown, OBA No. 17517
Evan A. McCormick, OBA No. 30639
MORGAN, BROWN, & MCCORMICK PLLC
1004 NW 139th Street Parkway
Edmond, OK 73013
Telephone: (405) 840-5151
Facsimile: (405) 840-5183
cbrown@mbm-legal.com
emccormick@mbm-legal.com

Richard H. Blake
Karina R. Conley
McDonald Hopkins LLC
600 Superior Ave., Easy, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
rblake@mcdonaldhopkins.com
kconley@mcdonaldhopkins.com

*Attorneys For Defendant, Coordinated Care Health*
*Solutions, LLC d/b/a Huntercare Coordinated Care*
*Health Solutions*

5